IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED
JUL 3 1 2017
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| IN RE: JEREMIAH C. GREEN, <br><br> Petitioner. | CV 17–64–H–DLC–JTJ <br><br> ORDER |

United States Magistrate Judge John T. Johnston entered his findings and recommendations in this case on June 12, 2017, recommending denial of Petitioner Jeremiah C. Green's ("Green") petition for name change. Green failed to timely object to the findings and recommendations, and so waived the right to *de novo* review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston found, and this Court agrees, that Green's petition fails to provide a basis for federal jurisdiction. This Court does not have subject matter jurisdiction over Green's petition for name change.

Accordingly, IT IS ORDERED that Judge Johnston's findings and recommendations (Doc. 2) are ADOPTED IN FULL. This action is DISMISSED WITH PREJUDICE. The Clerk of Court shall enter by separate document a

judgment against Petitioner Green.  A certificate of appealability is DENIED.

DATED this 13th day of July, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court